United States District Court
Southern District of Texas

**ENTERED**

April 21, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| EagleBurgmann Industries, LP, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:25-cv-04967 |
| v. | § § § | |
| Michael Bernstein and Precision Services Industrial Group, LLC, | § § § | |
| *Defendants.* | § § | |

**ORDER GRANTING MOTION TO SEAL**

On March 30, 2026, Plaintiff EagleBurgmann filed an unopposed motion to submit its motion for sanctions (Dkt. 51) under seal. Dkt. 50. EagleBurgmann explains that its motion for sanctions and attached exhibits contain documents and testimony designated as confidential or for "attorney's eyes only" under the Protective Order (Dkt. 31). *See* Dkt. 50 at 1. It has also provisionally filed a sealed, unredacted version of its motion and exhibits. *See* Dkt. 52 (sealed filing of proposed redacted version).

Finding good cause, the Court **GRANTS** EagleBurgmann's motion (Dkt. 50) and accepts the sealed version of the motion for sanctions and exhibits (Dkt. 51) as properly filed. It is further **ORDERED** that EagleBurgmann must file a redacted version of both its brief and all supporting

exhibits (other than those designated as protected in their entirety) on the public docket by **April 28, 2026**.

Signed on April 21, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge