**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EAGLEBURGMANN INDUSTRIES LP,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:25-cv-04967 |
| **MICHAEL BERNSTEIN and PRECISION SERVICES INDUSTRIAL GROUP, LLC,** | § § § § § | |
| *Defendants*. | § § | |

**DEFENDANTS' UNOPPOSED MOTION TO SEAL EXHIBIT D TO THEIR RESPONSE IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR SANCTIONS**

Defendant Michael Bernstein ("Bernstein") and Defendant Precision Services Industrial Group, LLC ("PSIG") (collectively, "Defendants") respectfully move the Court to seal Exhibit D to their Response in Opposition to Plaintiff's Renewed Motion for Sanctions (the "Response"). In support of this Motion, Defendants state the following:

1.    Defendants filed their Response to Plaintiff's Renewed Motion for Sanctions on April 20, 2026. [*See* Doc. 54.] Defendants attached portions of Bernstein's Expedited Deposition transcript to their Response as Exhibit D. [*See* Doc. 54-4.]

2.    The version of Exhibit D filed by Defendants with their Response inadvertently contained approximately ten lines of text that Plaintiff had designated as Confidential pursuant to the Court's Protective Order (Doc. 31). Specifically, Plaintiff had designated the following portion of Exhibit D as Confidential: 181:11-21.

1

3.      Based on Plaintiff's designation, this portion of Exhibit D is presumptively Confidential. However, Defendants reserve all rights to challenge Plaintiff's confidentiality designation for Exhibit D.

4.      Due to Plaintiff's designation, Defendants contacted the Court's Clerk, who represented to Defendants' counsel that the unredacted version of Exhibit D would be restricted from public view while Defendants moved to have the document sealed.

5.      Accordingly, Defendants now move the Court to seal the current version of Exhibit D on the docket: ECF. No. 54-4. Good cause exists to seal Exhibit D to protect the information designated as Confidential by Plaintiff and allow the Court to review the Exhibit in its entirety.

6.      The Parties conferred on this Motion, and Plaintiff's counsel informed Defendants' counsel that Plaintiff does not oppose this Motion.

7.      Defendants have prepared a copy of Exhibit D with the designated lines redacted, and they are prepared to file the redacted copy if directed by the Court. The redacted copy of Exhibit D is attached hereto as Exhibit 1.

Dated: April 27, 2026.                              Respectfully submitted,

                                                    s/ Lauren S. Frisch
                                                    Lauren S. Frisch (*Pro Hac Vice*)
                                                    Attorney in Charge
                                                    Georgia Bar No. 410927
                                                    Fisher & Phillips LLP
                                                    1230 Peachtree Street NE, Ste. 3300
                                                    Atlanta, Georgia 30309
                                                    lfrisch@fisherphillips.com
                                                    Telephone: 404.231.1400
                                                    Facsimile: 404.240.4249

2

*Attorney-in-Charge for Defendants*
*Michael Bernstein and Precision Services*
*Industrial Group, LLC*

Emily P. Harbison
State Bar No. 24059892
Southern District No. 902584
Fisher & Phillips LLP
910 Louisiana Street, Suite 4000
Houston, Texas 77002
eharbison@fisherphillips.com
Telephone: 713.292.5620
Facsimile: 713.292.0151

Henry C. Fink (*Pro Hac Vice*)
Georgia Bar No. 180283
Fisher & Phillips LLP
1230 Peachtree Street NE, Ste. 3300
Atlanta, Georgia 30309
hfink@fisherphillips.com
Telephone: 404.231.1400
Facsimile: 404.240.4249

*Of Counsel for Defendants*
*Michael Bernstein and Precision Services*
*Industrial Group, LLC*

3

## CERTIFICATE OF COMPLIANCE

Defendants' counsel certifies that this motion has been prepared in compliance with Judge Yvonne Y. Ho's Court Procedures with regard to all text, including headings and footnotes. Defendants' counsel further certifies, excluding the portions of the filing exempted from the word-count limitation, that the above-referenced motion contains 301 words.

*/s/ Lauren S. Frisch*
Lauren S. Frisch (*Pro Hac Vice*)

## CERTIFICATE OF CONFERENCE

The undersigned attorney hereby certifies that on April 27, 2026, the parties conferred about the instant Motion, and Plaintiff's counsel stated they are not opposed.

*/s/ Lauren S. Frisch*
Lauren S. Frisch (*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I certify that on this 27th day of April 2026, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Lauren S. Frisch*
Lauren S. Frisch (*Pro Hac Vice*)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EAGLEBURGMANN INDUSTRIES LP,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § | **Civil Action No. 4:25-cv-04967** |
| | § | |
| **MICHAEL BERNSTEIN and PRECISION SERVICES INDUSTRIAL GROUP, LLC,** | § § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING MOTION TO SEAL

Presently before the Court is Defendant Michael Bernstein's and Defendant Precision Services Industrial Group, LLC's (collectively, "Defendants") motion to seal Exhibit D to their Response in Opposition to Plaintiff's Renewed Motion for Sanctions. Specifically, Defendants request that the Court seal Exhibit D (ECF. No. 54-4), as a portion of that exhibit is designated "Confidential" by Plaintiff. The Court finds that good cause has been shown.

Accordingly, Defendants' Unopposed Motion to Seal Exhibit D to Their Response in Opposition to Plaintiff's Renewed Motion for Sanctions is **GRANTED**. The Clerk is **DIRECTED** to immediately **SEAL** ECF. No. 54-4. Defendants are **ORDERED** to file the redacted version of Exhibit D to replace ECF. No. 54-4.

So **ORDERED** this _____ day of _____, 2026.

_____
Honorable Yvonne Y. Ho
United States Magistrate Judge