**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

EAGLEBURGMANN INDUSTRIES, LP,

        Plaintiff,

    v.

MICHAEL BERNSTEIN and PRECISION
SERVICES INDUSTRIAL GROUP, LLC,

        Defendants.

Case No. 4:25-CV-04967

**PLAINTIFF EAGLEBURGMANN'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF RENEWED MOTION FOR SANCTIONS AND RESPONSE IN OPPOSITION TO DEFENDANTS' NOTICE**

Plaintiff EagleBurgmann Industries LP ("Plaintiff" or "EagleBurgmann") respectfully moves the Court for leave to file under seal an unredacted copy of its Reply in Support of Renewed Motion for Sanctions and Response in Opposition to Defendants' Notice ("Reply"). In support of this Motion, EagleBurgmann states the following.

**ARGUMENT**

1. On March 30, 2026, EagleBurgmann filed its Unopposed Motion for Leave to File Renewed Motion for Leave to File Under Seal for Sanctions and Response in Opposition to Defendants' Notice ("Motion for Leave to File Under Seal"). (ECF No. 50).

2. On the same day, related to their Motion for Leave to File Under Seal, EagleBurgmann also filed their Opposed Sealed Renewed Motion for Sanctions and related exhibits without proposed redactions (ECF. No. 51) and with proposed redactions (ECF No. 52).

1

3.    On April 20, 2026, Defendants Michael Bernstein ("Bernstein") and Precision Services Industrial Group, LLC ("PSIG") filed their Response in Opposition to EagleBurgmann's Motion for Sanctions. (ECF. No. 54).

4.    On April 21, 2026, the Court granted EagleBurgmann's Unopposed Motion for Leave to File Renewed Motion for Leave to File Under Seal for Sanctions and Response in Opposition to Defendants' Notice ("Motion for Leave to File Under Seal"). (ECF No. 55). As part of the Court's Order, EagleBurgmann was ordered to file a redacted version of both its brief and all supporting exhibits (other than those designated as protected in their entirety) on the public docket by April 28, 2026. (*Id*).

5.    Between April 22 and April 27, 2026, EagleBurgmann and Defendants' counsel conferred regarding those documents marked Confidential or Attorneys' Eyes Only referenced in EagleBurgmann's Renewed Motion to Sanctions.

6.    On April 27, 2026, EagleBurgmann filed a redacted version of its Renewed Motion for Sanctions and supporting exhibits not marked as Confidential or Attorneys' Eyes Only. (ECF No. 55).

7.    In accordance with the Rules of the Court, EagleBurgmann's deadline to file its Reply in Support of its Renewed Motion for Sanctions is today, April 27, 2026.

8.    EagleBurgmann files this motion for leave to file an unredacted Reply and if required by the Court, a redacted version of their Reply on the public record. The Reply references documents and testimony that the Court has already permitted to be filed under seal (ECF. Nos. 51, 55).  Filing an unredacted copy of these documents will allow the Court the opportunity to fully review the record relied upon.

9.      Good cause exists to seal the Confidential and Attorney's Eyes Only materials to allow the Court to review those materials in full.

## CONCLUSION

For the reasons stated herein, Plaintiff EagleBurgmann Industries LP hereby asks the Court to allow it to file under seal its Reply in Support of its Renewed Motion for Sanctions and Response in Opposition to Defendants' Notice.[1]

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/Jesse M. Coleman*
    Mitchell A. Robinson*
    Georgia Bar No. 457665
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia 30309
    mrobinson@seyfarth.com
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    Jesse M. Coleman
    Texas Bar No. 24072044
    SEYFARTH SHAW LLP
    700 Milam Street, Suite 1400
    Houston, Texas 77002
    jmcoleman@seyfarth.com
    Telephone: (713) 225-2300
    Facsimile: (713) 225-2340
    Admitted *Pro Hac Vice**

ATTORNEYS FOR PLAINTIFF

---

[1] In an abundance of caution, EagleBurgmann also attaches a proposed redacted version of their Reply in Support of its Renewed Motion for Sanctions and Response in Opposition to Defendants' Notice, in the event the Court deems it necessary to be filed on the public record.

## CERTIFICATE OF COMPLIANCE

Plaintiff's counsel certifies that this motion has been prepared in compliance with Judge Yvonne Y. Ho's Standing Order with regard to all text, including headings, footnotes. Plaintiffs' counsel further certifies, excluding the portions of the filing exempted from the word-count limitation, that the above-referenced motion contains 458 words.

*/s/ Jesse M. Coleman*
Jesse M. Coleman

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 27, 2026, the foregoing was filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record:

*/s/ Jesse M. Coleman*
Jesse M. Coleman